**Order entered September 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00942-CR

### ALEXANDER ABRAHAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1776956-N

## ORDER

On September 13, 2019, the State filed a second motion for extension of time to file brief and tendered its appellee's brief in this case. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    BILL WHITEHILL
PRESIDING JUSTICE